# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In Re: §  Case No. **21-51515**
§
§
§  Chapter **7**
deeproot Pinball, LLC §
§

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

/s/ Robert Mueller, Manager of Debtor         12/10/21
Debtor                                         Date


_____        _____
Joint Debtor                                   Date